1  Name            _____
2  Bar #           _____
3  Firm            _____
   Address         _____
4                  _____
5                  _____
   Telephone       _____
6

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9

10                                    )
11                                    )
                                      )
12      Plaintiff,                    )
                                      )   **Case No.**
13      vs.                           )
                                      )   **Corporate Disclosure Statement**
14                                    )
                                      )
15      Defendant.                    )
                                      )
16  _____  )

17

18      This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
        ____  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20            action in a district court must file a statement that identifies any parent corporation
21            and any publicly held corporation that owns 10% or more of its stock or states that
              there is no such corporation.
22
        ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23            party to a proceeding in a district court must file a statement that identifies any
              parent corporation and any publicly held corporation that owns 10% or more of its
24            stock or states that there is no such corporation.
25
        ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26            alleged criminal activity is a corporation the government must file a statement
27            identifying the victim and the statement must also disclose the information required
              by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

____ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -