1  Scot L. Claus (#014999)
   sclaus@dickinsonwright.com
2  DICKINSON WRIGHT PLLC
   1850 N. Central Ave., Suite 1400
3  Phoenix, Arizona 85004-4568
4  Telephone: (602) 285-5000
   Facsimile: (602) 285-5100
5  [Firm Email: courtdocs@dickinsonwright.com]
   *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Shearer; and Greenbeeproduce.com LLC dba Green Bee Produce,<br><br>Plaintiffs,<br><br>v.<br><br>City of Scottsdale, a municipal corporation; and Board of Adjustment of the City Scottsdale,<br><br>Defendants. | No. CV-16-04337-PHX-SPL<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE**<br><br>**(Second Request)** |

The parties have filed, contemporaneously with this Stipulation a separate "Joint Stipulation to Stay Proceedings." To preserve the parties' resources, and to provide the Court time to rule on the Joint Stipulation to Stay Proceedings, the parties stipulate and agree the time for Defendants, City of Scottsdale and Board of Adjustment of the City of Scottsdale, to file their Answer or otherwise respond to Plaintiffs' Complaint may be extended by an additional period of fourteen (14) days, such that Defendants' Answer or other responsive pleading is now due on or before January 6, 2017.

- 1 -

PHOENIX 53387-6 340055v2

1  DATED this 19th day of December, 2016.

2                                       DICKINSON WRIGHT, PLLC

4                                       By: */s/ Scot L. Claus*
                                            Scot L. Claus
5                                           1850 N. Central Avenue, Suite 1400
                                            Phoenix, Arizona 85004-4568
6                                           **Attorneys for Defendants**

8                                       Scharf-Norton Center for Constitutional
                                        Litigation at the GOLDWATER INSTITUTE

10                                      By: */s/ Scot L. Claus (with permission)*
                                            James Manley
11                                          Jared Blanchard
                                            Aditya Dynar
12                                          Veronica Thorson
                                            500 East Coronado Road
13                                          Phoenix, Arizona 85004
14                                          **Attorneys for Plaintiffs**

- 2 -

PHOENIX 53387-6 340055v2

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Sheila Rath*