IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Shearer, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Scottsdale, et al., <br><br> Defendants. | No. CV-16-04337-PHX-SPL <br><br> **ORDER** |

Before the Court is the parties' Stipulation (Doc. 10), in which counsel jointly seek an additional extension of the deadline for Defendants to file an answer. Upon consideration of this request,

**IT IS ORDERED** that the Stipulation (Doc. 10) is **granted**. Defendants shall have until **January 13, 2017**, to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 22nd day of December, 2016.

Honorable Steven P. Logan
United States District Judge